**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Shani Herndon<br><br>   Plaintiff,<br><br>v.<br><br>Medicredit, Inc.<br><br>   Defendant. | Case No. 3:15-cv-00085-MMH-JRK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| Hyslip & Taylor, LLC, LPA | Lathrop & Gage, LLP |
|---|---|
| By: /s/ H. Karen Gatto<br>H. Karen Gatto, *Of Counsel*<br>Florida Bar No. 0190527<br>8270 Woodland Center Blvd.<br>Tampa, FL  33614<br>Telephone:  800-675-5507<br>Fax:  866-288-6798<br>Email: kgatto@gattolaw.com<br>Attorney for Plaintiff<br>Date: April 17, 2015 | By: /s/ Patricia L. Silva<br>Patricia L. Silva<br>7701 Forsyth Blvd.<br>Suite 500<br>St. Louis, MO  63105<br>Telephone: 314-613-2858<br>Fax: 314-613-2801<br>Email: psilva@lathropgage.com<br>Attorney for Defendant<br>Date: April 17, 2015 |

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 17, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:


Patricia L. Silva
Lathrop & Gage, LLP
7701 Forsyth Blvd.
Suite 500
St. Louis, MO  63105

Counsel for:
Medicredit, Inc.

                                            /s/ H. Karen Gatto