**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHANI HERNDON,

        Plaintiff,

v.                                                                   Case No. 3:15-cv-85-J-34JRK

MEDICREDIT, INC.,

        Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 11; Stipulation) filed on April 17, 2015.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear its own costs.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of April, 2015.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record